

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00543-CV

**IN RE PROCESOS ESPECIALIZADOS EN METAL, S.A. de C.V.**
d/b/a Prometal

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

On August 1, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 25th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-06972, styled *Procesos Especializados en Metal, S.A. de C.v. d/b/a Prometal v. Patriarch Partners Management Group*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.